IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DYLAN MCKEOWN,<br><br>        Defendant. | **8:21CR92**<br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

     This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 49).  The Court has carefully reviewed the record in this case and finds as follows:

     1.     On April 25, 2022, defendant Dylan McKeown ("McKeown") pleaded guilty to Count I of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation.  Count I charged McKeown with being a felon in possession of a firearm; in violation of 18 United States Code sections 922(g)(1) and 924(a)(2).

     2.     The Forfeiture Allegation of the Indictment sought forfeiture, pursuant to 21 U.S.C. § 853, of a TriStar C-100 9mm handgun, Serial Number 13AG02319, taken from McKeown on or about February 1, 2021, on the basis it was (a) used to commit the gun charge outlined in the Indictment or (b) the gun, either directly or indirectly, had something to do with the gun charge.

     3.     Based on McKeown's guilty plea and admission, McKeown forfeits his interest in the TriStar C-100 9mm handgun, Serial Number 13AG02319, and the government should be entitled to possession of any interest McKeown has in the TriStar C-100 9mm handgun, Serial Number 13AG02319, pursuant to 21 U.S.C. § 853.

4.    The government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1.    The government's Motion for Preliminary Order of Forfeiture (Filing No. 49) is granted.

2.    Based upon the Forfeiture Allegation of the Indictment (Filing No. 1) and McKeown's guilty plea and admission, the government is hereby authorized to seize TriStar C-100 9mm handgun, Serial Number 13AG02319.

3.    McKeown's interest in the TriStar C-100 9mm handgun, Serial Number 13AG02319, is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4.    The TriStar C-100 9mm handgun, Serial Number 13AG02319, is to be held by the government in its secure custody and control.

5.    Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the TriStar C-100 9mm handgun, Serial Number 13AG02319, in such manner as the Attorney General may direct, and notice that any person, other than McKeown, having or claiming a legal interest in the TriStar C-100 9mm handgun, Serial Number 13AG02319, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.    The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the TriStar C-100 9mm handgun, Serial Number 13AG02319, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the TriStar C-100 9mm handgun, Serial Number 13AG02319, and any additional facts supporting the Petitioner's claim and the relief sought.

7.    The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the TriStar C-100 9mm handgun, Serial Number 13AG02319, as a substitute for published notice as to those persons so notified.

8.    Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 27th day of April 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

3