IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DYLAN MCKEOWN,<br><br>　　　　　　Defendant. | 8:21CR92<br><br>FINAL ORDER<br>OF FORFEITURE |

　　　　This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 57). The Court has reviewed the record in this case and finds as follows:

　　　　1.　　On April 27, 2022, the Court entered a Preliminary Order of Forfeiture (Filing No. 50), pursuant to 18 U.S.C. §§ 922(g)(1) and 924(a)(2) and based upon defendant Dylan McKeown ("McKeown") pleading guilty to Count I of the Indictment and admitting the Forfeiture Allegation (Filing No. 1). Under the Preliminary Order of Forfeiture, McKeown forfeited any interest he had in a TriStar C-100 9mm handgun, Serial Number 13AG02319 taken from McKeown on or about February 1, 2021, to the government.

　　　　2.　　Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 28, 2022, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on July 13, 2022 (Filing No. 56).

　　　　3.　　The government has advised the Court that no petitions have been filed. A review of the record confirms that assertion.

　　　　4.　　The government's Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 57) is granted.
2. All right, title and interest in and to the TriStar C-100 9mm handgun, Serial Number 13AG02319, held by any person or entity are forever barred and foreclosed.
3. The TriStar C-100 9mm handgun, Serial Number 13AG02319 is forfeited to the government.
4. The government is directed to dispose of the TriStar C-100 9mm handgun, Serial Number 13AG02319 in accordance with law.

Dated this 29th day of July 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge